## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Debtor | |
| MICHAEL GOLDBERG | |
| Plaintiff. | Adv. Proc. No. 19-50604 (JKS) |
| vs. | **Ref. Docket No. 29** |
| Sheryl A. Whitlock, Provident Trust Group, LLC dba Administrator and Custodian for the Benefit of Sheryl A. Whitlock IRA | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                        )  ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 11, 2021, I caused to be served the "Order Assigning Adversary Proceeding to Mediation, Appointing Mediator, and Setting Mediation Deadlines and Trial Date," dated May 10, 2021 [Docket No. 29], by causing a true and correct copy to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1]     The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
12th day of May, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| CT CORP SYSTEM, R/A | RE: PROVIDENT TRUST GRP LLC ADMIN & CUST | 701 S. CARSON ST. STE. 200 | | | CARSON CITY | NV | 89701 |
| SHERYL A WHITLOCK | 5 HENRY WAY | | | | ELKTON | MD | 21921 |
| SHERYL A WHITLOCK | 17942 TORRY PINES PL | | | | LEWES | DE | 19958-5924 |
| SHERYL A WHITLOCK | 4747 S. WASHINGTON AVE, APT 125 | | | | TITUSVILLE | FL | 32780-7326 |