# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                Plaintiff,<br>vs.<br><br>PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF SHERYL A. WHITLOCK IRA; SHERYL A. WHITLOCK,<br><br>                Defendants. | Adversary Proceeding<br>Case No. 19-50604 (JKS) |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Pursuant to this Court's January 6, 2021, scheduling order (the "Scheduling Order"), plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Sheryl A. Whitlock, stipulate as follows:

    1.    Ian Connor Bifferato, Esquire, of The Bifferato Firm, P.A shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

    2.    The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator. The parties will select a date for commencement of the mediation.

STIPULATED AND AGREED:

Dated: September 13, 2021

PACHULSKI STANG ZIEHL & JONES LLP

| */s/ Colin R. Robinson* | */s/ Michael J. Joyce* |
|---|---|
| Bradford J. Sandler (DE Bar No. 4142) | Michael J. Joyce (No. 4563) |
| Andrew W. Caine (CA Bar No. 110345) | JOYCE, LLC |
| Colin R. Robinson (DE Bar No. 5524) | 1225 King Street |
| 919 North Market Street, 17th Floor | Suite 800 |
| P.O. Box 8705 | Wilmington, DE 19801 |
| Wilmington, DE 19899-8705 (Courier 19801) | (302)-388-1944 |
| Telephone: (302) 652-4100 | mjoyce@mjlawoffices.com |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|        acaine@pszjlaw.com | |
|        crobinson@pszjlaw.com | |
| | |
| *Counsel to Plaintiff* | *Counsel to Sheryl A. Whitlock* |