IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>     Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560-BLS<br><br>(Jointly Administered) |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>     Plaintiff,<br><br>     v.<br><br>Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Sheryl A. Whitlock IRA; Sheryl A. Whitlock,<br><br>     Defendants. | Adv. Pro. No. 19-50604-JKS |

## MEDIATION STATUS REPORT

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation and Appointing Mediator, dated May 10, 2021, the undersigned Mediator reports that this mediation has been reassigned to Ian Connor Bifferato to act as mediator.

Dated: September 23, 2021        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Derek C. Abbott*
                        Derek C. Abbott (#3376)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        Phone: (302) 351-9357
                        Facsimile: (302) 425-4664

15149256

---

[1]  The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).