# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF SHERYL A. WHITLOCK IRA; SHERYL A. WHITLOCK,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-50604 (JKS)<br><br><br><br>**Ref Docket No. 41** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-2-

2. On September 24, 2021, I caused to be served the "Amended Order Assigning Adversary Proceeding to Mediation, Appointing Mediator, and Setting Mediation Deadlines and Trial Date," dated September 24, 2021 [Docket No. 41], by causing a true and correct copy to be delivered via first class mail to those parties listed on the annexed Exhibit A.

3. The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
28th day of September, 2021
*/s/  Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SHERYL A WHITLOCK | 5 HENRY WAY | | | | ELKTON | MD | 21921 |
| SHERYL A WHITLOCK | 17942 TORRY PINES PL | | | | LEWES | DE | 19958-5924 |
| SHERYL A WHITLOCK | 4747 S. WASHINGTON AVE, APT 125 | | | | TITUSVILLE | FL | 32780-7326 |