## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (JKS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50604 (JKS) |
| v. | : | |
| Ascensus, LLC, dba Provident Trust Group, Custodian for the Benefit of Sheryl A. Whitlock IRA, | : | |
| And | : | |
| Sheryl A. Whitlock | : | |
| Defendants. | : | |

      In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    ____      A Mediation conference is set to occur on

    ____      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__      OTHER:  Mediation sessions took place on January 25, 2022.  The mediator continues to work with the parties to resolve the matter.

Dated: March 16, 2022

                               */s/ Ian Connor Bifferato*
                               Ian Connor Bifferato (DE #3273)
                               The Bifferato Firm P.A.
                               1007 N. Orange Street, 4th Floor
                               Wilmington, DE  19801
                               cbifferato@tbf.legal
                               Tel. (302) 255-7600